UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMIE L. BAKER, | Case No. CV 14-5950-UA (PJW) |
| Plaintiff, | JUDGMENT |
| v. | |
| OFFICER CASTELLANOS, et al., | |
| Defendants. | |

Pursuant to the Order Denying Request to Proceed In Forma Pauperis and Dismissing Action Without Prejudice,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED:    12/11/14 .

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE

C:\Users\jyerke\AppData\Local\Temp\notesC7A056\CV 14-5950-UA-JUDGMENT.wpd